UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alex Shiyan, *on behalf of himself and all others similarly situated*<br><br>Plaintiff,<br><br>v.<br><br>Lucille Roberts Health Clubs, Inc.,<br><br>Defendant. | Civil Action No.: 1:12-cv-05500-AKH |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: June 4, 2014

Respectfully submitted,

PLAINTIFF, Alex Shiyan

/s/ Sergei Lemberg

Sergei Lemberg, Esq. (SL 6331)
LEMBERG LAW LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 4, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of New York Electronic Document Filing System (ECF) which sent notice of such filing to the following:

Maria Patrizia Zucaro
Lucille Roberts Health Clubs, Inc.
4 East 80th Street
New York, New York 10075
*Counsel for Defendant*

                                       By /s/ Sergei Lemberg
                                           Sergei Lemberg